IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BILLY N. HAMMOCK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 122-056 |
| ) | |
| GREGORY SAMPSON, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Petitioner brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 23, 2022, the Court denied his motion to proceed *in forma pauperis* ("IFP") and directed Petitioner to pay the $5.00 filing fee within twenty-one days. (Doc. no. 8.) Petitioner's service copy of that May 23rd Order was returned as undeliverable on June 6, 2022. (Doc. no. 9.)

Petitioner, incarcerated at Rutledge State Prison when he filed his IFP motion, appears to have moved to Central State Prison.[1] The Court **DIRECTS** the **CLERK** to serve this Order and the May 23rd Order, (doc. no. 8), upon Petitioner at Central State Prison and to update Petitioner's address on the docket accordingly. The docket shall also be updated consistent with the above caption because the proper Respondent is now Gregory Sampson, the current Warden at Central State Prison. See Rule 2(a) of the Rules Governing § 2254 Cases. The

---

[1] The Georgia Department of Corrections' website lists the Central State Prison as Plaintiff's current place of incarceration. See http://www.dcor.state.ga.us, Find An Offender, search for GDC ID Number 286981. (last visited June 8, 2022).

Court cautions Petitioner, in the future, he is responsible for keeping the Court apprised of his current location.

The Court **EXTENDS** Petitioner's deadline to pay the $5.00 filing fee to twenty-one days from the date of this Order. Failure to comply with this Order may result in dismissal of the case, without prejudice.

SO ORDERED this 14th day of June, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA